# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 8:23-cr-13-KKM-CPT

MICHAEL AMBROSE

| DEFENDANT'S EXHIBIT LIST<br>MOTION TO SUPPRESS ||||||
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | TPD Report |
| 2 | | | | Cybertip |
| 3 | | | | Cybertip |
| 4 | | | | Ambrose recorded interview |
| 5 | | | | Ambrose recorded interview |
| 6 | | | | FBI form 302 |
| 7 | | | | Search Warrant |
| 8 | | | | Search Warrant |
| 9 | | | | Search Warrant |
| 10 | | | | Search Warrant |
| 11 | | | | Search Warrant |
| 12 | | | | Search Warrant |
| 13 | | | | Search Warrant |
| 14 | | | | Video – real world crypto 2019 |
| 15 | | | | Snapchat LEO guide Nov 2022 |
| 16 | | | | Snapchat LEO guide current/updated |
| 17 | | | | NCMEC report form |

| | | | | |
|---|---|---|---|---|
| 18 | | | | Photo |
| 19 | | | | FBI's Violent Crimes Against Children |
| 20 | | | | International Cyber tipline Coverage June 2025 |
| 21 | | | | International VPNs by Agency November 2022 |
| 22 | | | | Dr. Neal Krawetz Resume |
| | | | | |
| | | | | |

DATED this 25th day of August 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s/ Samuel Landes
Samuel Landes, Esq.
Assistant Federal Defender
D.C. Bar No., 1552625
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: Samuel_Landes@fd.org