UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:23-cr-13-KKM-CPT

Plaintiff,            ☐
Government         ☒          ☒ Evidentiary
                              ☐ Trial
                              ☐ Other

v.

MICHAEL LUCAS AMBROSE

Defendant           ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Meta Declaration |
| 2 | | | | Meta CyperTip – Report 73951010 |
| 3 | | | | Snapchat Declaration |
| 4 | | | | Snapchat CyberTip – Report 138480220 |
| 5 | | | | Snapchat CyberTip – Report 138482068 |
| 6 | | | | NCMEC Declaration |
| 7A | | | | Search Warrant – Lenovo Rebel |
| 7B | | | | Search Warrant – Samsung Tablet |
| 7C | | | | Search Warrant – Samsung Galaxy |
| 7D | | | | Search Warrant – Samsung Cellular Phone |
| 7E | | | | Search Warrant – Lenovo Desktop Tower Computer |
| 7F | | | | Search Warrant – 1.0 Terabyte External Hard Drive |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 7G | | | | Search Warrant – Samsung Tablet, Corrected Serial Number |
| | | | | |
| | | | | |
| | | | | |
| | | | | |