# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                       Case No. 8:23-cr-13-KKM-CPT

**MICHAEL AMBROSE**

| **DEFENDANT'S AMENDED EXHIBIT LIST <br> MOTION TO SUPPRESS** |
|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | TPD Report |
| 2 | | | | Cybertip |
| 3 | | | | Cybertip |
| 4 | 8/27/2025 | 8/27/2025 | | Ambrose recorded interview |
| 5 | 8/27/2025 | 8/27/2025 | | Ambrose recorded interview |
| 6 | 8/27/2025 | 8/27/2025 | | FBI form 302 |
| 7 | | | | Search Warrant |
| 8 | | | | Search Warrant |
| 9 | | | | Search Warrant |
| 10 | | | | Search Warrant |
| 11 | | | | Search Warrant |
| 12 | | | | Search Warrant |
| 13 | | | | Search Warrant |
| 14 | | | | Video – real world crypto 2019 |
| 15 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | Snapchat LEO guide Nov 2022 |
| 16 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | Snapchat LEO guide current/updated |
| 17 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | NCMEC report form |

| 18 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | Photo |
| 19 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | FBI's Violent Crimes Against Children |
| 20 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | International Cyber tipline Coverage June 2025 |
| 21 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | International VPNs by Agency November 2022 |
| 22 | 8/27/2025 | 8/27/2025 | Dr. Neal Krawetz | Dr. Neal Krawetz Resume |
| 23 | 8/27/2025 | 8/27/2025 | | Privacy by Product-Privacy Features |
| 24 | 8/27/2025 | | | Privacy Policy-Snapchat privacy |

DATED this 27th day of August 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender
D.C. Bar No., 1552625
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: Samuel_Landes@fd.org