

Logout

Information entered into this form will be made available to law enforcement for potential review and investigation.
**To submit information on missing children call 1-800-THE-LOST.**

All mandatory fields are designated by **✱**. All other fields are voluntary and are supplied at the discretion of the Reporting ESP.

## Reporting ESP: ██████████

### Reporter Information

**Address**

**City**

**State**

**Zip/Postal Code**

**Country**

☐ Update Reporting Address?

**First Name**

✱ First Name

**Last Name**

✱ Last Name

**Email Address**

✱ Email Address

**Phone Number**

Phone Number

### Company Contact for Law Enforcement

**First Name**

**Last Name**

**Email Address**

**Phone Number**

☐ Update Contact Information?

**URL for Law Enforcement Requests**

URL for Law Enforcement Requests

**Provide Information Regarding Serving Legal Process on Your Company**

**Terms of Service Relevant to Reported Incident**

## Incident

**Incident Date**

✱ Incident Date

**Incident Time**

✱ Incident Time

**Incident Timezone**

✱

**Description of Incident Date/Time**

Description of Incident Date/Time

**Type of Incident**

| * | | ⌄ |

☐ **Is ESP Escalating Report? (time-sensitive)**

## Incident Location Information

**Where did the Incident Occur**

| | ⌄ |

## Reported Person or User

**First Name**

| First Name |

**Last Name**

| Last Name |

**City**

| City |

**State**

| ⌄ |

**Country**

| ⌄ |

**Email Address**

| Email Address |

**Phone Number**

| Phone Number |

**ESP Product/Service**

| ESP Product/Service |

**Screen/User Name**

| Screen/User Name |

**Display Name**

| Display Name |

**ESP Identifier**

| ESP Identifier |

**Group Identifier**

| Group Identifier |

☐ **Third Party Customer**

**Profile URL**

| Profile URL |

**Estimated Location**

**Country**

| ⌄ |

**Region**

| Region |

**City**

| City |

☐ **Verified**

**Date Estimated**

| Date Estimated |

**Time Estimated**

| Time Estimated |

**Timezone Estimated**

| ⌄ |

**IP Capture**

**IP Address**

| IP Address |

**Port**

| Port |

**Type**

| ⌄ |

☐ **Possible Proxy**

**Date Captured**

| Date Captured |

**Time Captured**

| Time Captured |

**Timezone Captured**

| ⌄ |

**Prior CyberTipline Reports** ✚

| Report ID | 🗑 |

## Intended Recipients

### Intended Recipient 1

First Name                                                                    Last Name

**First Name**

[ First Name ]

**Last Name**

[ Last Name ]

**City**

[ City ]

**State**

[ ⌄ ]

**Country**

[ ⌄ ]

**Email Address**

[ Email Address ]

**Phone Number**

[ Phone Number ]

**ESP Product/Service**

[ ESP Product/Service ]

**Screen/User Name**

[ Screen/User Name ]

**Display Name**

[ Display Name ]

**ESP Identifier**

[ ESP Identifier ]

**Group Identifier**

[ Group Identifier ]

**Profile URL**

[ Profile URL ]

---

**Estimated Location**

**Country**

[ ⌄ ]

**Region**

[ Region ]

**City**

[ City ]

☐ Verified

**Date Estimated**

[ Date Estimated ]

**Time Estimated**

[ Time Estimated ]

**Timezone Estimated**

[ ⌄ ]

---

☐ **Account Temporarily Disabled**

**Date Temporarily Disabled**

[ Date Temporarily Disabled ]

**Time Temporarily Disabled**

[ Time Temporarily Disabled ]

**Timezone Temporarily Disabled**

[ ⌄ ]

**Date Re-enabled**

[ Date Re-enabled ]

**Time Re-enabled**

[ Time Re-enabled ]

**Timezone Re-enabled**

[ ⌄ ]

---

☐ **Account Permanently Disabled**

**Date Permanently Disabled**

[ Date Permanently Disabled ]

**Time Permanently Disabled**

[ Time Permanently Disabled ]

**Timezone Permanently Disabled**

[ ⌄ ]

---

**IP Capture**

**IP Address**

[ IP Address ]

**Port**

[ Port ]

**Type**

[ ⌄ ]

☐ Possible Proxy

**Date Captured**

[ Date Captured ]

**Time Captured**

[ Time Captured ]

**Timezone Captured**

[ ⌄ ]

---

**Prior CyberTipline Reports** +

[ Report ID ]  🗑

---

⊕ Add Intended Recipient

---

## Child Victims

### Child Victim 1

**First Name**

**Last Name**

First Name | Last Name

**City**

City

**State**

**Country**

**Email Address**

Email Address

**Phone Number**

Phone Number

**ESP Product/Service**

ESP Product/Service

**Screen/User Name**

Screen/User Name

**Display Name**

Display Name

**ESP Identifier**

ESP Identifier

**School Name**

School Name

**Profile URL**

Profile URL

---

**Estimated Location**

**Country**

**Region**

Region

**City**

City

☐ Verified

**Date Estimated**

Date Estimated

**Time Estimated**

Time Estimated

**Timezone Estimated**

---

**IP Capture**

**IP Address**

IP Address

**Port**

Port

**Type**

☐ Possible Proxy

**Date Captured**

Date Captured

**Time Captured**

Time Captured

**Timezone Captured**

---

**Prior CyberTipline Reports** +

Report ID | 🗑

---

⊕ Add Child Victim

---

## Have You Reported this Incident to Law Enforcement?

**Agency Name**

Agency Name

**Case Number**

Case Number

**City**

City

**State**

**Officer First Name**

Officer First Name

**Officer Last Name**

Officer Last Name

**Email Address**

Email Address

**Phone Number**

Phone Number

☐ Has a U.S. Law Enforcement Agency served legal process regarding this Incident?

☐ Has a non-U.S. Law Enforcement Agency served legal process regarding this Incident?

## Additional Information

## File Upload

**Industry Classification (Optional):**
The following categorization system was created by various ESPs in January 2014 and updated in June 2022. If used, populate with ESP-designated categorization scale (A1, A2, B1, or B2).

| | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer. |

### File 1

**File**

[ Choose File ]

**Industry Classification**

[ ▾ ]

**Original Filename**

[ Original Filename ]

**Original MD5 File Hash**

[ Original MD5 File Hash ]

☐ File Viewed By Company      ☐ EXIF Viewed By Company      ☐ Publicly Available      ☐ Potential Meme

**URL where File was Posted**

[ URL where File was Posted ]

**IP Capture**

| IP Address | Port | Type | |
|---|---|---|---|
| [ IP Address ] | [ Port ] | [ ▾ ] | ☐ Possible Proxy |

**Date Captured** [ Date Captured ]      **Time Captured** [ Time Captured ]      **Timezone Captured** [ ▾ ]

**Additional Information/Context**

### File 2

**File**

[ Choose File ]

**Industry Classification**

[ ▾ ]

**Original Filename**

Original Filename

**Original MD5 File Hash**

Original MD5 File Hash

☐ **File Viewed By Company**     ☐ EXIF Viewed By Company     ☐ Publicly Available     ☐ Potential Meme

**URL where File was Posted**

URL where File was Posted

IP Capture

**IP Address**

IP Address

**Port**

Port

**Type**

☐ Possible Proxy

**Date Captured**

Date Captured

**Time Captured**

Time Captured

**Timezone Captured**

**Additional Information/Context**

---

## File 3

**File**

Choose File

**Industry Classification**

**Original Filename**

Original Filename

**Original MD5 File Hash**

Original MD5 File Hash

☐ **File Viewed By Company**     ☐ EXIF Viewed By Company     ☐ Publicly Available     ☐ Potential Meme

**URL where File was Posted**

URL where File was Posted

IP Capture

**IP Address**

IP Address

**Port**

Port

**Type**

☐ Possible Proxy

**Date Captured**

Date Captured

**Time Captured**

Time Captured

**Timezone Captured**

**Additional Information/Context**

⊕ Add File

Submit Report