| US Attachés with connection | Countries/Territories Covered |
|---|---|
| **Cambodia** | Cambodia |
| **Canberra** | Cook Islands |
| | Fiji |
| | Kiribati |
| | Nauru |
| | Niue |
| | Papua New Guinea |
| | Solomon Islands |
| | Tonga |
| | Tuvalu |
| | Vanuatu |
| | Western Samoa |
| **Cameroon** (DSS) | Cameroon |
| **Caribbean** | Antigua and Barbuda, |
| | Aruba, Barbados, |
| | Caribbean Netherlands (Bonaire, Sint Eustatius, and Saba), |
| | Cuba, Curaçao, Dominica, |
| | Grenada, Guadeloupe, |
| | Martinique, |
| | Saint Barthélemy |
| | Saint Kitts and Nevis, |
| | Saint Lucia, Saint Martin, |
| | Saint Vincent and the Grenadines, |
| **Colombia** | Guyana, Suriname, and Venezuela |
| **Congo** (DSS) | Congo |
| **Europol** | Belgium, Bulgaria*, Croatia, Cyprus Denmark, Estonia |
| | Finland*, Greece*, Hungary*, Ireland*, Italy*, |
| | Latvia, Luxembourg*, Malta, Norway*, Poland Portugal*, Romania*, Slovakia, Slovenia, Sweden* |
| **Indonesia** | Indonesia |
| **Panama** | Panama, Nicaragua |
| **Saudi Arabia** | Saudi Arabia, Kuwait |
| **Singapore** | Brunei |

|  |  |
|---|---|
|  | Timor-Leste |
| **Spain** | Andorra, Spain |
| **Thailand** | Myanmar (Burma), Laos, |
| **Vietnam** | Vietnam |

*\* denotes dual referral w/Europol*

| **Additional Countries/Territories Where the National Police Force Has Direct Connection** |
|---|

**Albania** (Albania State Police)

**Anguilla** (Royal Anguilla Police Force)

**Argentina** (Corps of Judicial Investigations)

**Armenia** (Criminal Police of the Ministry of Internal Affairs)

**Australia** (Australian Federal Police)

**Austria** (Austrian Criminal Intelligence Service)

**Bahrain** (Ministry of Interior in the Kingdom of Bahrain)

**Bangladesh** (Cyber Police Centre)

**Belize** (Belize Police Department)

**Bermuda** (Bermuda Police Service)

**Bolivia** (Bolivia State Prosecutor's Office)

**Bosnia and Herzegovina** (Police of Republic of Srpska)
**Botswana** (Botswana Police Service)

**Brazil** (Brazilian Federal Police)

**British Virgin Islands** (Royal Virgin Islands Police)
**Bulgaria** (Bulgaria Cybercrime Directorate)
**Canada** (Royal Canadian Mounted Police)
**Cayman Islands** (Royal Cayman Islands Police Service)
**Chile** (Chilean Investigative Police)
**Colombia** (Colombian National Police)
**Costa Rica** (Costa Rican Judicial Police)
**Côte d'Ivoire** (Ministry of Interior and Security)
**Czech Republic** (Police Presidium)
**Dominican Republic** (PEDATEC)
**Ecuador** (Ecuador National Police)

**El Salvador** (El Salvador National Civil Police)

**United Kingdom** (National Crime Agency) covers England, Wales, Northern Ireland, Guernsey, Isle of Man, Jersey
**Faroe Islands** (Faroe Islands Police)

**Finland** (Finland National Bureau of Investigation)
**France** (Central Directorate of Judicial Police) covers France, French Guiana, French Polynesia, Guadeloupe Mayotte, New Caledonia, Saint Pierre and Miquelon, Reunion, Wallis and Futuna
**Georgia** (Georgian Criminal Police)
**Germany** (German Federal Police BKA)
**Ghana** (Ghana Police Service)
**Gibraltar** (Royal Gibraltar Police)
**Greece** (Greece - Hellenic Cyber Crime Division)
**Greenland** (Greenland Police)

**Guatemala** (Public Ministry of Guatemala)
**Guinea-Bissau** (Guinea-Bissau Judicial Police)
**Honduras** (Honduras National Police)
**Hungary** (Hungary National Bureau of Investigation)
**Hong Kong** (Hong Kong Police)
**Iceland** (Icelandic Police)
**India** (Indian Cyber Crime Coordination Centre (I4C) - Ministry of Home Affairs)
**Indonesia** (Indonesian National Police)
**Ireland** (An Garda Siochana)
**Israel** (Israel Police)
**Italy** (Italian Postal and Communication Service)
**Jamaica** (Jamaica Constabulary Force)
**Japan** (Japan's National Police Agency (NPA) and Japan Prosecutors Unit on Emerging Crimes)
**Jordan** (Public Security Directorate)
**Kenya** (Directorate of Criminal Investigation)
**Kosovo** (Kosovo Police)
**Lebanon** (Internal Security Force)
**Liechtenstein** (Liechtenstein National Police)
**Lithuania** (Lithuanian Criminal Police Bureau)
**Luxembourg** (Police Letzebuerg (Luxembourg Police))
**Madagascar** (Madagascar National Police and Madagascar Gendarmerie)
**Macao** (Macao Judiciary Police)
**Malaysia** (Royal Malaysia Police)
**Maldives** (Maldives Police Service)
**Mexico** (Mexican National Guard and Secretariat of Public Safety and Citizen Protection (SSPC))
**Moldova** (Moldova General Inspectorate of Police)
**Monaco** (Criminal Police)
**Mongolia** (National Police Agency)
**Montenegro** (Montenegro - Police Directorate)
**Montserrat** (Royal Montserrat Police Service)
**Morocco** (General Directorate of the National Security)
**Mozambique** (National Criminal Investigation Service - Specialized Crimes Against Children Unit)
**Namibia** (Namibian Police Force - NAMPOL)
**Nepal** (Nepal Police)
**Netherlands** (Dutch National Police)
**New Zealand** (New Zealand Department of Internal Affairs)
**Nigeria** (National Agency for the Prohibition of Trafficking in Persons)
**Norway** (Norway National Criminal Investigation Service)
**Pakistan** (Federal Investigation Agency of Pakistan)
**Paraguay** (Public Ministry of Paraguay)
**Peru** (Peruvian National Police Cyber Unit)
**Philippines** (Philippine Department of Justice)
**Portugal** (Portugal Policia Judiciaria)
**Qatar** (Cyber Crime Investgation Centre - MOI)
**Romania** (Romanian Police)
**Rwanda** (Rwanda Investigation Bureau)

**San Marino** (Gendarmerie Corps of the Republic of San Marino)
**Scotland** (Scotland Police)
**Serbia** (Republic of Serbia - Ministry of Interior)
**Singapore** (Singapore Police Force)
**South Africa** (South Africa Police Service)
**South Korea** (Korean National Police Agency)
**Sri Lanka** (Sri Lanka Police Service)
**Sweden** (Swedish Police Authority)
**Switzerland** (Swiss Federal Criminal Police)
**Taiwan** (Taiwan National Police)
**Thailand** (Royal Thailand Police)
**Trinidad and Tobago** (Trinidad and Tobago Police Service)
**Turkey** (Turkish National Police)
**Turks and Caicos Islands** (Royal Turks and Caicos Islands Police Service)
**Ukraine** (National Police of Ukraine)
**United Arab Emirates** (Ministry of Interior - Child Protection Centre)
**Uruguay** (National Police of Uruguay)
**Zimbabwe** (Zimbabwe Republic Police)


**Current Total of Countries/Territories Covered:  166**

**\*\* The following US-based federal law enforcement agencies have full access to the entire CyberTipline (including all domestic and international reports):**
Federal Bureau of Investigation
Homeland Security Investigations
U.S. Postal Inspection Service
Military Criminal Investigation Organization (US DoD)
DOJ's Child Exploitation and Obscenity Section

**\*\* The following US-based federal law enforcement agency has limited access to data elements within CyberTipline reports that are not being made avaialble to International law enforcement.**
INTERPOL-Washington NCB

**5/9/2025**